UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 13 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

PHILLIP E. JAROS,                                          )
                                                           )
            Plaintiff,                                     )
                                                           )
    v.                                                     )    Case No.  11-cv-168-JPG
                                                           )
                                                           )
ILLINOIS DEPARTMENT OF CORRECTIONS,                        )
                                                           )
            Defendant,                                     )


## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Phillip E. Jaros, Plaintiff, pro se, and moves this Honorable Court

pursuant to Title 28 Section 1915(e)(1) for Appointment of Counsel. In support thereof plaintiff

states as follows:

1. That he is the Plaintiff in this action, and is not an attorney, and cannot afford one.

2. That he is not currently and previously has not been represented by an attorney

appointed by the Court in this or any other civil or criminal proceeding before this Court.

3. That he has previously filed an Application for Leave to Proceed In Forma Pauperis in

this proceeding, and it is a true and correct representation of my current financial status.

4. That upon remand of this cause by the United States Court of Appeals for the 7th

Circuit, the court stated in the mandate "In light of the complexity of Jaros's claims, we note that

he and the district court both would benefit from having counsel enlisted to represent Jaros on

remand." (Doc 30, conclusion) see *Jaros v. Illinois Dep't of Corr.*, No.11-2567, 2012

WL2552125 (7th Cir. July 3, 2012).

5.  That the contents stated herein are true and correct to the best of plaintiffs knowledge

and belief, and he swears so under the penalties of perjury.

**WHEREFORE**, Phillip E. Jaros, plaintiff, prays that this Honorable Court grant this

motion, and appoint counsel who is familiar with the claims outlined in his complaint (ADA and

the Rehabilitation Act.)


Respectfully submitted,


/s/ *Phillip E. Jaros*


_____

Phillip E. Jaros, plaintiff


Dated this 8th day of August, 2012


Phillip E. Jaros
130 S. Lincoln St.
Westmont, Illinois 60559

(708) 516-8435
phillipjaros@gmail.com

For Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIPE E. JAROS,                )
         Plaintiff             )
                                  )

vs.                                 ) CIVIL NO. 11-cv-168-JPG
                                  )
                                  )
                                  )

ILLINOIS DEPARTMENT OF CORRECTIONS, )
         Defendants.            )

## CERTIFICATE OF SERVICE AND NOTICE OF FILING

**To:**    Clerk of the U.S. District Court, Southern District of Illinois,
          301 W. Main Street, Benton, Illinois 62812

You are hereby notified that true copies of the following documents were placed in sealed envelopes addressed as shown above, and placed in the United States Mail at Westmont, Illinois with postage fully prepaid.

**Document:**    Motion for Appointment of Counsel
                Motion to file Electronically

/s/ *Phillip E. Jaros*

_____
Phillip E. Jaros, Plaintiff

## DECLARATION UNDER PENALTY OF PERJURY

I, Phillip E. Jaros, declare under the penalty of perjury, that I am the plaintiff in the above action, that I have read the foregoing document(s), and that the information contained therein is true and correct under 28 U.S.C 1746, and 18 U.S.C 1621.

/s/ *Phillip E. Jaros*

_____
Phillip E. Jaros, affiant

Dated this 8th day of August, 2012
Phillip E. Jaros, 130 S. Lincoln St., Westmont, Illinois 60559
For Plaintiff