IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILLIPE E. JAROS, | ) |
|        Plaintiff, | ) |
| vs. | ) Case No. 11-CV-168-NJR-PMF |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
|        Defendant. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated January 12, 2016 (reflecting the settlement between the parties), this case is **DISMISSED with prejudice** (Doc. 147).

DATED: August 15, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley_____
    Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel_____
           NANCY J. ROSENSTENGEL
           United States District Judge